# EXHIBIT B

https://screenrant.com/macaulay-culkin-family-trivia/



https://static1.srcdn.com/wordpress/wp-content/uploads/2018/04/Culkins.jpg?q=50&fit=crop&w=960&h=500&dpr=1.5


https://twitter.com/tehbaxter/status/982315627930050560



**Baxter**
@tehbaxter

19 Wild Secrets Behind The Culkin Family
jessicabaxter.com/2018/04/06/19-...



12:54 PM · Apr 6, 2018 · WordPress.com